IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BERNARD TOSHIRO HAZELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-110 |
| | ) | |
| STEVIE WOOTEN, Transport Sergeant, and | ) | |
| DAVE CHENEY, Medical Doctor, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Although the Clerk of Court docketed Plaintiff's response to the Report and Recommendation as an objection, Plaintiff states he does not object to the dismissal of his official capacity claims. (See doc. no. 16.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all official capacity claims for monetary damages. The case shall proceed in accordance with the Magistrate Judge's November 10, 2022 Order. (See doc. no. 11.)

SO ORDERED this 3rd day of January, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE