# United States District Court
## Southern District of Georgia

| | |
|---|---|
| Bernard Toshiro Hazelton | Case No. 3:22-CV-00110 |
| Plaintiff | |
| v. Steve Wooten and Dr. Dave Cheney | Appearing on behalf of Appearing on behalf of Dr. Dave Cheney |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 14 day of Feb., 2023

\*\*\*\*\*

NAME OF PETITIONER: Phillip E. Friduss, Esq.

Business Address: Hall Booth Smith, P.C.
Firm/Business Name

191 Peachtree Street, NE., Suite 2900
Street Address

Atlanta    GA.    30303
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip
404-954-6959           277220
Telephone Number (w/ area code)    Georgia Bar Number

Email Address:    pfriduss@hallboothsmith.com