IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BERNARD TOSHIRO HAZELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-110 |
| | ) | |
| STEVIE WOOTEN, Transport Sergeant, and | ) | |
| DAVE CHENEY, Medical Doctor, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation entered on each of two motions to dismiss, to which no objections have been filed. The Magistrate Judge recommended granting each motion to dismiss based on Plaintiff's failure to exhaust administrative remedies prior to commencing this case. (Doc. nos. 39, 45.) Although Plaintiff opposed the motions to dismiss, (doc. no. 36), he did not file any objections to either recommendation for dismissal. Accordingly, the Court **ADOPTS** each Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** both motions to dismiss, (doc. nos. 28, 41), **DISMISSES** without prejudice the entire case, and **CLOSES** this civil action.

SO ORDERED this 26th day of April, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE