# United States District Court
## Southern District of Georgia

BERNARD TOSHIRO HAZELTON,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER:   CV 322-110

STEVIE WOOTEN, Transport Sergeant, and
DAVE CHENEY, Medical Doctor,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's April 26, 2023 Order adopting the Magistrate Judge's Reports and Recommendations as the opinion of the Court, Defendants' Motions to Dismiss are granted, and this entire case is dismissed without prejudice.  This case stands closed.



| 4/26/2023 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (signature) |
| | (By) Deputy Clerk |